UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA ALGER,

    Plaintiff,   Case No. 18-cv-13280
                                      Hon. Matthew F. Leitman
v.

ECF DENTIST, *et al.*,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME TO SUPPLEMENT OBJECTIONS (ECF NO. 45 & 46) TO REPORT AND RECOMMENDATION (ECF NO. 31.)

Currently before the Court are Plaintiff Alger's objections to the Magistrate Judge's April 4, 2020 Report and Recommendation (*See* R&R, ECF No. 31.) On December 4, 2020, the Court ordered Alger to supplement his objections by February 1, 2021. (*See* Order, ECF No. 44.) On February 1, 2021, and February 24, 2021, Plaintiff Alger filed motions for extension of time to supplement these objections. (ECF Mots., ECF Nos. 45 & 46.) The Court has previously granted two other motions for extension by the Plaintiff. (*See* Orders, ECF Nos. 33 & 35.) Plaintiff's present motions for extension to supplement his objections are also **GRANTED.**

Alger shall file his supplemental brief by no later than **March 26, 2021.** Defendant Echols may file a brief responding to Alger's supplemental brief by **April 16, 2021**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 26, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 26, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764