UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA ALGER,

    Plaintiff,

v.

Case No. 18-cv-13280
Hon. Matthew F. Leitman

ECF DENTIST, *et al.*,

    Defendants.
_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR WRITS OF HABEAS CORPUS AD TESTIFICANDUM (ECF No. 82) WITHOUT PREJUDICE

On February 17, 2023, the Court held a status conference on the record to discuss Plaintiff Joshua Alger's Motion for Writs of Habeas Corpus Ad Testificandum (ECF No. 82). For the reasons stated on the record during that conference, Plaintiff's motion is **DENIED WITHOUT PREJUDICE**. Plaintiff may orally renew the motion at trial.

    IT IS SO ORDERED.

                              s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated: February 17, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 17, 2023, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126