UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA ALGER,

    Plaintiff,

v.

                          Case No. 18-cv-13280
                          Hon. Matthew F. Leitman

ECF DENTIST, et al.,

    Defendants.

_____/

## **JUDGMENT**

In accordance with the Court's Order Granting Defendants' Oral Motion to Dismiss Action With Prejudice for Failure To Prosecute (ECF #84), and Dismissing Action, dated March 7, 2023,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                            KINIKIA ESSIX
                                            CLERK OF COURT

                              By:    s/Holly A. Ryan
                                         Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: March 7, 2023
Detroit, Michigan